**Order entered November 21, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01604-CV

### IN RE PERRY PATTERSON, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-11133-P**

## ORDER
Before Justices FitzGerald, Lang, and Fillmore

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction. We **ORDER** that relator bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
       JUSTICE